the Covering & Supply Company. J. A. Burdeau, for appellant. F. V. Johnson, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

---

HALLAHAN v. HALLAHAN. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Katherine V. Hallahan against Edward F. Hallahan. No opinion. Motion granted. Order filed. See, also, 151 App. Div. 934, 135 N. Y. Supp. 1116.

---

HANDWEILER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Appeal from Trial Term, New York County. Action by Pepi Handweiler against the City of New York. From a judgment entered on a verdict of the jury, and from an order denying a motion for a new trial, defendant appeals. Reversed, and complaint dismissed. William E. C. Mayer, of Brooklyn, for appellant. Hugo Levy, of New York City, for respondent.

PER CURIAM. The judgment and order appealed from are reversed, with costs to the appellant, upon the ground that there was no evidence to justify the finding of the jury that the defendant was negligent; and, on the same ground, the motion made by the defendant at the close of the whole case to dismiss the complaint is granted. Judgment ordered accordingly.

---

HANDWEILER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Appeal from Trial Term, New York County. Action by Elias Handweiler against the City of New York. From a judgment entered on a verdict of the jury, and from an order denying a motion for a new trial, defendant appeals. Reversed, and complaint dismissed. William E. C. Mayer, of Brooklyn, for appellant. Hugo Levy, of New York City, for respondent.

PER CURIAM. The judgment and order appealed from are reversed, with costs to the appellant, upon the ground that there was no evidence to justify the finding of the jury that the defendant was negligent; and, on the same ground, the motion made by the defendant at the close of the whole case to dismiss the complaint is granted. Judgment ordered accordingly.

---

HARPER, Appellant, v. BABCOCK et al., Respondents. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Appeal from Special Term, New York County. Action by George W. Harper, Jr., in behalf of himself and other stockholders of the Gilbert Manufacturing Company, against Francis E. Babcock and others. From an order denying a motion for a receiver of the assets of the Gilbert Manufacturing Company during the pendency of the action, plaintiff appeals. Reversed, and motion granted. George W. Harp-

er, Jr., of New York City, in pro. per. Ralph S. Rounds, of New York City, for individual respondents. Herbert Barry, of New York City, for respondent trustees.

PER CURIAM. The order should be reversed, with $10 costs and disbursements to the plaintiff, payable out of the fund, and the motion granted, so far as to require the money now on deposit in banks in the city of New York to remain as deposited and not to be withdrawn, except on final judgment or the further order of the court.

---

HART, Respondent, v. GENESEE VALLEY TRUST CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by William A. Hart against the Genesee Valley Trust Company, as executor, etc., of Sarah A. Bygrave, deceased.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. *Held* that, the record being silent as to proof that the river bank is included within the "Bygrave Homestead" contracted for, the trial court erred in submitting the consideration of such river bank to the jury as an element of damage to be considered by them.

FOOTE, J., not sitting.

---

HARTMAN, Appellant, v. CARMAN, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Appeal from Trial Term, New York County. Action by Regina Hartman against William W. Carman. From a judgment dismissing the complaint at the close of plaintiff's case for failure of proof, he appeals. Reversed, and new trial ordered. Gustavus A. Rogers, of New York City, for appellant. Edward P. Mowton, of New York City, for respondent.

PER CURIAM. We think there was evidence to justify the submission to the jury of the question as to the defendant's negligence and as to the plaintiff's freedom from contributory negligence. Judgment reversed; new trial ordered; costs to appellant to abide event.

---

HATCH, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Edward Hatch, Jr., against Milford H. Smith. L. W. Severy, of New York City, for appellant. L. A. Wait, of Saratoga Springs, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

H. BRIDGMAN SMITH CO., Respondent, v. MACE MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 27, 1914.) Action by the H. Bridgman Smith Company against the Mace Manufacturing Company. No opinion. Judgment and order of the County Court of Kings County affirmed, with costs.

---

HECHT v. WAHL. (Supreme Court, Appellate Division, First Department. March 13